

RECEIVED
IN MONROE, LA
MAR 14 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| LESLIE ALEXANDER | CIVIL ACTION NO. 06-1606 |
| VERSUS | JUDGE ROBERT G. JAMES |
| MCKEE FOODS CORP. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 16], no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction [Doc. No. 5] is GRANTED, and Plaintiff's claims are DISMISSED WITHOUT PREJUDICE.

MONROE, LOUISIANA, this 14 day of March, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE